# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**GABINO RAMOS HERNANDEZ**                                    **PLAINTIFF**

v.                                             **CIVIL ACTION NO. 2:17-cv-123-TBM-MTP**

**PHILLIP CAUSEY** *and* **THE**
**UNITED STATES OF AMERICA**                                **DEFENDANTS**

## ORDER ADMINISTRATIVELY CLOSING CASE

This matter is before the Court *sua sponte* for case management purposes. This matter has been continually delayed and prolonged due to Causey's military deployment. In light of the Court's Order on September 29, 2022, Causey's deployment may no longer impact whether this case can move forward. Indeed, the *Bivens* claim against Causey has now been dismissed. The Court finds that this case should be administratively closed for statistical purposes. The parties are ordered to meet and confer as to whether Causey's deployment requires this matter to remain stayed. A telephonic status conference is set for October 3, 2022, at 1:30 p.m. If it is proper for the case to be reopened, an *ore tenus* motion may be made at the status conference.

IT IS THEREFORE ORDERED AND ADJUDGED that this case is ADMINISTRATIVELY CLOSED until further order of the Court. Nothing contained in this Order shall be considered a dismissal or disposition of this matter.

SO ORDERED AND ADJUDGED this the 29th day of September, 2022.

                                                         **TAYLOR B. McNEEL**
                                                         **UNITED STATES DISTRICT JUDGE**