UNITED STATES DISTRICT COURT

IN AND FOR

THE SOUTHERN DISTRICT OF MISSISSIPPI

EASTERN DIVISION

GAMBINO RAMOS HERNANDEZ                    Civil Action No. 12:17 cv 123  TBM-MTP
                Plaintiff

      Vs.
PHILLIP CAUSEY, AND JOHN DOE, AN UNKNOWN
IMMIGRATION AND CUSTOMS ENFORCEMENT OFFICER,
THE UNITED STATES OF AMERICA,
THE DEPARTMENT OF HOMELAND SECURITY,
AND THE BUREAU OF CUSTOMS AND IMMIGRATION ENFORCEMENT
              Defendants

NOTICE OF APPEAL

Notice is hereby given that Gambino Ramos Hernandez appeals to the United States Fifth Circuit Court of Appeals the District Court's final judgment, dismissing his Fourth Amendment Cause of Action against Phillip Causey under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 397 (1971), rendered on September 29, 2022, in document number 136, and dismissing his cause of action against Phillip Causey under 42 U.S.C. 1983 for depriving 'Hernandez of Constitutional rights while acting under the color of state law, rendered 0n February 14, 2024 in document number 149.

                Respectfully submitted

                 s/Timothy W.  Cerniglia
                Timothy W.  Cerniglia (La.  Bar # 03964)
                4913 Newlands Street
                Metairie, Louisiana 70006
                Telephone 504-231-8158

email:tcerniglia@cerniglialaw.pro
*Admitted Pro Hac Vice*

Arthur D. Carlisle (MS Bar#5867)
425 Porter Avenue
Ocean Springs, MS 39564
Office: 228-872-5568
Facsimile: 228-872-7006
email: adclaw78@gmail.com
*Resident Attorney*

Certificate of Service

I hereby certify that on February 15, 2024 I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to Ms. Angela Williams, Esq., and Ms. Lauren Dick, Esq.

　　　s/Timothy W. Cerniglia