UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

GABINO RAMOS HERNANDEZ                                                              PLAINTIFF

V.                                                          CIVIL ACTION NO. 2:17cv123-TBM-MTP

PHILLIP CAUSEY, *et al.*                                                           DEFENDANTS

## ORDER SETTING STATUS AND CASE MANAGEMENT CONFERENCE

The court hereby sets a telephonic case management, status, and scheduling conference.

IT IS, HEREBY, ORDERED:

A telephonic case management, status, and scheduling conference is hereby set for March 4, 2024 at 9:30 a.m. before the undersigned. The parties shall dial 888.273.3658, code 1055457 to connect to the call.

The attorneys shall confer prior to the conference and shall be prepared at the conference to discuss case management issues and address any tasks remaining to be completed in this matter.

The failure of any party to participate in this conference may result in sanctions.

SO ORDERED this 21st day of February, 2024.

                                                                          s/Michael T. Parker
                                                                   UNITED STATES MAGISTRATE JUDGE