**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**GABINO RAMOS HERNANDEZ**                                                  **PLAINTIFF**

**v.**                                        **CIVIL ACTION NO. 2:17-cv-123-TBM-MTP**

**THE UNITED STATES OF AMERICA**                                **DEFENDANT**

**SCHEDULING ORDER**

Having lifted the stay of discovery and disclosure requirements previously entered by Order [107] and having conferred with the parties in a status and scheduling conference, the Court finds that a scheduling order should be entered and orders as follows:

1. Except as noted below, all provisions and deadlines contained in the Case Management Order [38], including the requirement that the parties schedule and complete a private mediation or settlement conference by the discovery deadline, remain in place;

2. Plaintiff's expert designation deadline is extended to June 3, 2024;

3. Defendant's expert designation deadline is extended to July 2, 2024;

4. The discovery deadline is extended to August 2, 2024;

5. The deadline for motions (other than motions *in limine* or discovery motions) is extended to August 16, 2024;

6. The pre-trial conference is set for December 17, 2024, at 10:00 a.m. before District Judge Taylor McNeel in Gulfport, Mississippi;

7. The **bench trial** is set for a four-week term beginning January 6, 2025, before District Judge Taylor McNeel, and the parties shall confer with Judge McNeel at the pre-trial conference to determine whether the trial will be held in Hattiesburg or Gulfport;

8. Any conflict with the trial date must be submitted in writing to the District Judge on or before March 11, 2024.

SO ORDERED this the 5th day of March, 2024.

                                                                                s/Michael T. Parker
                                                                                UNITED STATES MAGISTRATE JUDGE