**TRANSCRIPT ORDER FORM (DKT-13)** - <span style="color:red">READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING</span>

District Court **Southern District of Mississippi**     District Court Docket No. **2:17-cv-000123**

Short Case Title **Hernandez v Causey**

**ONLY ONE COURT REPORTER PER FORM** Court Reporter _____

Date Notice of Appeal Filed in the District Court **February 15, 2024**     Court of Appeals No. **24-60080**

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings  **✗** Transcript is unnecessary for appeal purposes  ☐ Transcript is already on file in the Clerk's Office
   **OR**
   **Check all of the following that apply, include date of the proceeding**.
   This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____    ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____    ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____    ☐ Jury Instructions _____    ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

<span style="color:red">**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**</span>

**B.** This is to certify satisfactory financial arrangements have been made. Method of Payment:
☐ Private Funds;    ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;    ☐ Advance Payment Waived by Reporter;    ☐ U.S. Government Funds
☐ Other _____

Signature **s/Timothy W. Cerniglia**     Date Transcript Ordered _____

Print Name **Timothy Cerniglia**     Phone **504-231-8158**

Counsel for **Appellant, Gambino Ramos Hernandez**

Address **4913 Newlands Street  Metairie, Louisiana 70006**

Email of Attorney: **tcerniglia@cerniglialaw.pro**

---

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher
         ☐ Other (Specify) _____

Date _____   Signature of Reporter _____   Tel. _____
Email of Reporter _____

---

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____     Actual Number of Volumes _____

Date _____   Signature of Reporter