UNITED STATES DISTRICT COURT

IN AND FOR

THE SOUTHERN DISTRICT OF MISSISSIPPI

EASTERN DIVISION

GABINO RAMOS HERNANDEZ                                  Civil Action No. 12:17 cv 00123 TBM- MTP
                          Plaintiff
       Vs.
PHILLIP CAUSEY, AND JOHN DOE, AN UNKNOWN IMMIGRATION AND CUSTOMS ENFORCEMENT OFFICER, THE UNITED STATES OF AMERICA, THE DEPARTMENT OF HOMELAND SECURITY, AND THE BUREAU OF CUSTOMS AND IMMIGRATION ENFORCEMENT
                         Defendants

**Notice of Second Set of Interrogatories**
**Propounded to Defendant, United States of America**

TO:    The United States of America
         Through its attorney of record
         Lauren E. Dick
         *Assistant U.S. Attorney*
         1575 20th Avenue
         Gulfport, Mississippi 39501
         lauren.dick@usdoj.gov

      Pursuant to L.U. Civ. R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device:

**Plaintiff's Second Set of Interrogatories**
**Propounded To Defendant, United States of America**

Pursuant to L.U.Civ.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original of the document identified above.

DATED:April 22, 2024.

Respectfully submitted,

  s/ Timothy w. Cerniglia
Timothy W. Cerniglia (LA Bar# 03964)
4913 Newlands Street
Metairie, Louisiana 70006
504- 231-8158
tcerniglia@cerniglialaw.pro
(Admitted Pro Hac Vice)

Arthur D. Carlisle (MS Bar #5867)
425 Porter Avenue
Ocean Springs, MS 39564
Office: 228-872-5568
Facsimile: 228-872-7006
email: adclaw78@gmail.com
*Resident Attorney*